Same case below, 2010 Ark. App. 316.

Same case below, 614 F.3d 591.

**No. 10-561. Samuel Y. Sung, et al., Petitioners v. Tae T. Choi, et al.**

562 U.S. 1137, 131 S. Ct. 925, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 268.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Washington, Division 2, denied.

Same case below, 154 Wash. App. 303, 225 P.3d 425.

**No. 10-562. Alyson J. Kirleis, Petitioner v. Dickie, McCamey & Chilcote, P.C.**

562 U.S. 1137, 131 S. Ct. 925, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 277.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-567. Michael B. King, Petitioner v. Eric Farris, et al.**

562 U.S. 1137, 131 S. Ct. 927, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 233.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 357 Fed. Appx. 223.

**No. 10-569. Jack Conway, Attorney General of Kentucky, Petitioners v. Bart McQueary.**

562 U.S. 1137, 131 S. Ct. 927, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 387.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-573. Shepherd Montessori Center Milan, Petitioner v. Ann Arbor Charter Township, et al.**

562 U.S. 1137, 131 S. Ct. 928, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 96,

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Michigan denied.

Same case below, 486 Mich. 311, 783 N.W.2d 695.

**No. 10-574. Robert Barnwell, as Surviving Spouse and Personal Representative of Tammy Barnwell, and as Administrator for the Estate of Tammy Barnwell, Petitioner v. Douglas County, Georgia, et al.**

562 U.S. 1137, 131 S. Ct. 928, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 378.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 390 Fed. Appx. 862.

**No. 10-575. Deborah K. Venesevich, Petitioner v. Michael J. Leonard, et al.**

562 U.S. 1137, 131 S. Ct. 928, 178 L. Ed. 2d 752, 2011 U.S. LEXIS 394.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 129.